NEW YORK TELEPHONE COMPANY, Respondent, v SUPERVISOR OF TOWN OF HEMPSTEAD et al., Defendants/Third-Party Plaintiffs-Appellants. (And Four Other Actions.)

Submitted July 21, 2014; decided September 23, 2014

Motion by the Town of North Hempstead for leave to file a brief amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed.

Judge RIVERA taking no part.

In the Matter of PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted August 25, 2014; decided September 23, 2014

Motion for a stay granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JESSE ROBERITES, Respondent.

Submitted August 11, 2014; decided September 23, 2014

Motion for assignment of counsel granted and William J. Comiskey, Esq., care of Hodgson Russ, LLP, 677 Broadway, Suite 301, Albany, New York 12207 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JESSE ROBERITES, Respondent.

Submitted August 25, 2014; decided September 23, 2014

Motion to dismiss appeal and for further relief denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEMETRIO LIF-RIERI, Appellant, v WILLIAM A. LEE, Respondent.

Submitted August 25, 2014; decided September 23, 2014